August 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

BRANDON KYLE ALEXANDER, Appellant

NO. 14-13-00445-CR                         V.

THE STATE OF TEXAS, Appellee

_____

BRANDON KYLE ALEXANDER, Appellant

NO. 14-13-00446-CR                         V.

THE STATE OF TEXAS, Appellee

_____

In Cause No. 14-13-00445-CR, Brandon Kyle Alexander appeals from a judgment signed April 19, 2013. This cause was heard on the transcript of the record of the court below.  Having considered the record in Cause No. 14-13-00445-CR, this Court holds that there was no error in the judgment. The Court orders the judgment in Cause No. 14-13-00445-CR **AFFIRMED**. We further order this decision certified below for observance.

In Cause No. 14-13-00446-CR, Brandon Kyle Alexander appeals from a judgment signed April 19, 2013. This cause was heard on the transcript of the record of the court below.  Having considered the record in Cause No. 14-13-00446-CR, this Court holds that there was no error in the judgment. The Court

orders the judgment in Cause No. 14-13-00446-CR **AFFIRMED**. We further order this decision certified below for observance.